IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SPRINGER DEVELOPMENT LLC, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> ROBERT E. WILLIAMS, et al., ) <br> ) <br> Defendant(s). ) | Civil No. 03:13-226-PK <br><br> **ORDER OF DISMISSAL** |

Due to the parties' representation that this matter is settled,

IT IS ORDERED that Plaintiff's Motion to Dismiss [10-1] is GRANTED and that this action is DISMISSED with prejudice and without costs or attorneys' fees to any party.

Dated this ___6___ day of March, 2013.

by /s/ Michael W. Mosman
Michael W. Mosman
United States District Judge